McCREADY, Respondent, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by George B. McCready against the Staten Island Electric Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 996.

McGUIRE v. BELL TEL. CO. OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Patrick McGuire against the Bell Telephone Company of Buffalo. No opinion. Defendant's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the plaintiff upon the verdict, with costs.

McGUIRE, Respondent, v. BELL TEL. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Patrick McGuire against the Bell Telephone Company of Buffalo. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted.

MACHINISTS' SUPPLY CO., Respondent, v. LESTERSHIRE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by the Machinists' Supply Company against the Lestershire Manufacturing Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.

McKAY, Appellant, v. HUDSON RIVER LINE, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Retta L. McKay against the Hudson River Line. No opinion. Appeal transferred to the appellate division of the First judicial department.

McLINSKY v. UNITED DRESSED-BEEF CO. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Thomas McLinsky against the United Dressed-Beef Company. No opinion. Motion denied. See 65 N. Y. Supp. 1139.

MacPHERSON, Respondent, v. GILLESPIE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by John H. MacPherson, Jr., against Earl A. Gillespie. No opinion. Judgment and order unanimously affirmed, with costs.

MAGGIO, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Antonio Maggio against Charles A. Ball and others. No opinion. Order affirmed, with $10 costs and disbursements.

MALONEY, Appellant, v. LYNAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by John Maloney against John S. Lynam and another. No opinion. Judgment and order affirmed, with costs.

MANDONI v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Joseph Mandoni against the mayor, etc., of city of New York. S. Lent, for appellant. T. J. O'Neil, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MANGEL, Respondent, v. CORTRIGHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Charles Mangel, as administrator, etc., against Jacob Cortright and another. No opinion. Order granting new trial affirmed; costs of this appeal to abide the event.

MARKOWITZ v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Term. July 13, 1900.) Action by Morris Markowitz against the Metropolitan Street-Railway Company. No opinion. Judgment affirmed, with costs. See 63 N. Y. Supp. 961.

MARNELL, Respondent, v. BEERS, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Edward Marnell against Mary L. Beers. No opinion. Interlocutory judgment affirmed, with costs.

MARTIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Delia Martin, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order (64 N. Y. Supp. 364) affirmed, with costs. See 45 N. Y. Supp. 925.

MASTERS, Appellant, v. DE ZAVALA et al., Respondents. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Joseph W. Masters against Henry De Zavala and another. From a judgment for defendants on decision of the court after trial without a jury, plaintiff appeals. Affirmed. Jacob Fromme, for appellant. William T. Schley, for respondents.

HATCH, J. The questions involved in this appeal are identical with those determined by this court in Reese v. Resburgh (decided at this term) 66 N. Y. Supp. 633, and the judgment appealed from should therefore be affirmed, with costs, upon the opinion in that case.

MEYER, Respondent, v. FRANK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Theophelia L. Meyer against Jane Frank and others. No opinion. Judgment affirmed, with costs.